Jan. 31 2018

Steve Thompson
cell 214-766-8813
SteveSThompson
@yahoo.com

Lisa Matz
Clerk of the Court
Fifth Court of Appeals

FILED IN
5TH COURT OF APPEALS
2018 JAN 31 PM 2:01
LISA MATZ, CLERK

Dear Ms. Matz:

Please provide me with access to the briefs and other case filings in:

05-16-00763-CV (The Fan Expo v. NFL)

Under common law, courts for centuries have recognized a presumed right of public access to civil court records. This right has traditionally been recognized in the Fifth Court of Appeals.

In this case, no party has made any motion to seal these records, and no judge has ordered them sealed.

Thank you,
Steve Thompson
Citizen
United States of America